ORIGINAL

| | |
|---|---|
| UNITED STATES DISTRICT COURT | INDEX NO: 07 CIV 6460 |
| COUNTY OF | FILED ON: July 17, 2007 |
| 263976 Jeffrey S. Dubin | DISTRICT: Southern/New York |

Fred Alston, as a Trustee of the Local 272 Labor-Management Fund, etc.

vs

Jim Dandy Parking

Plaintiff(s)

Defendant(s)

STATE OF NEW YORK, COUNTY OF ALBANY, SS.:

## AFFIDAVIT OF SERVICE BY THE SECRETARY OF STATE

Stephen L. Collen, being duly sworn, deposes and says: deponent is over the age of eighteen (18) years; that on August 6, 2007, at 2:00pm, at the office of the Secretary of State of the State of New York in the City of Albany, New York, deponent served the annexed Summons in a Civil Action and Complaint, on Jim Dandy Parking

Defendant in this action, by delivering to and leaving with Amy Lesch, Authorized Agent, in the Office of the Secretary of State of the State of New York, personally at the Office of the Secretary of State of the State of New York, two (2) true copies thereof and that at the time of making such service, deponent paid said Secretary of State the statutory fee, if required. Service was made pursuant to Section 306 Business Corporation Law.

☐ Service was completed by mailng notice of such service and one (1) true copy thereof by ☐ Registered or ☐ 1st Class Mail and Certified Mail, # _____, Return Receipt Requested on _____ to said defendant at: _____

Papers so served were properly endorsed with the index number and date of filing.

Deponent further says that deponent knew the person so served as aforesaid to be the agent in the Office of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said defendant.

Description of the person served: Approx. Age: 31 years  Approx. weight: 160 lbs.  Approx. Ht.: 5' 10"
Sex: Female  Color of skin: White  Color of hair: Blonde  Other: _____

Sworn to before me on August 6, 2007

*Marcy O'Hare* (signature)
MARCY A. O'HARE
NOTARY PUBLIC, State of New York
No. 4868530, Qualified in Albany County
Term Expires July 14, 2010

(signature)
Stephen L. Collen

Invoice•Work Order # 0706372